IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:20-CR-00147-1D

| UNITED STATES OF AMERICA | |
|---|---|
| v. | ORDER |
| DWAIN JAVON MANLEY, Defendant. | |

Upon Motion of the Defendant, it is hereby ORDERED that the Defendant's Motion (CM/ECF #32) in the above captioned matter, be sealed until such time as requested to be unsealed by the Defendant.

So ORDERED, the 4 day of March, 2021.

JAMES C. DEVER III
U.S. DISTRICT JUDGE