IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:20-CR-00147-1D

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DWAIN JAVON MANLEY,<br>Defendant. | ORDER |

Upon Motion of the Defendant, it is hereby ORDERED that the Defendant's Sentencing Memorandum and Request for a Downward Variance (CM/ECF # 37) in the above captioned matter, be sealed until such time as requested to be unsealed by the Defendant.

So ORDERED, the __12__ day of April, 2021.

JAMES C. DEVER III
U.S. DISTRICT JUDGE